FILED

1  Name: ERic A. Spencer

2  Address: 7871 Denivelle Rd

3  Sunland, CA. 91040

4  Phone: 310.596.9548

5  Plaintiff In Pro Per

2016 SEP -7 PM 2:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

6  LA CV16 06725-PA-SKx

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9

10  ERic A. Spencer,        )  Case No.: _____

11        **PLAINTIFF,**    )  (To be supplied by the Clerk)
                            )  **COMPLAINT FOR:**
12        vs.               )
                            )  _____
13  MERIEM Kavar            )
                            )  _____
14  25 Stemler Dr.          )
                            )  _____
15  Clifford, New Jersey    )
                            )  _____
16        07721             )
                            )  _____
17  732.566.7167            )  **Jury Trial Demanded**
                            )
18      **DEFENDANT(S).**   )
                            )
19

20

21            ┌─────────────────────────┐
              │    **I. JURISDICTION**   │
              └─────────────────────────┘
22

     1. This Court has jurisdiction under  28 U.S.C. § 1331

23  Federal questions arise pursuant to:

24  -Trademark infringement under Lanham Act

25  45 (i) a.

26  -Unfair Competition under Lanham Act § 43

27  -Likelyhood of Confusion Lanham Act 15 U.S.C.

28  § 1114 (i)

    -Injunction against further relief and
    relief.

Pro Se Clinic Form                    Page Number

7.

## II. VENUE

2. Venue is proper pursuant to Federal Questions Jurisdiction of all Civil Actions "arising under" the Constitution, Laws, or Treaties of The United States; so called Federal Questions Jurisdiction [US-Const, Art. III § 2; 28 USC § 1331]

## III. PARTIES

3. Plaintiff's name is ERIC A. Spencer . Plaintiff resides at: 7871 Denivelle Rd.
Sunland, CA. 91040

4. Defendant MS Meriem Kouar
25 Stemler Drive
Clifford, New Jersey
07721 US.

5. Defendant

## IV. STATEMENT OF FACTS

6. I ERIC A. Spencer, said Plaintiff, Primary owner of The Federal Trademark #4048024, Name: "Culinary Couture", is and at all times mentioned herein, Under THE UNITED STATES CONSTITUTION TRADEMARK LAWS hereby truth and Justice prepaired and provide my rights and responsibilties in protection exorcised in the following statements:

7. December 4, 2002: Plaintiff registered "Culinary Couture", Document type: Assumed name certificate (DBA) - N.Y.S. Department of State, Division of Corporations New York City, NY. "Service Company." [see exhibit: "A."]

8. March 28, 2003: Plaintiff acquired the first domain IP property Name Under the DBA www.Culinarycouture.com [see exhibit: "B"]

[See Exhibit: "C-1, "C-2"]

9. November 8, 2007, said Plaintiff
Filed the Fictitious Business Name Statement
"Culinary Couture", + CulinaryCouture.com
of New York, Beverly Hills, MIAMI, Las Vegas
at the COUNTY Clerks Office Los Angeles
Receiving Varifization confermation
January 2, 2008 [see exhibit "C-3]

10. Plaintiff began creating products,
designing packaging and entered Showcases
@ Fendi Casa, Beverly Hills while distribut-
ing across the United States and abroad
receiving wonderful testimonals/reviews
editorial invitations by Well established
Businesses, magazines, Entertainment
Industry + Academia [See exhibits "C-4 - C-14"]

11. Fall-2008 The Great Financial
World Collapse, reccession a very tragic
time for businesses with steep climbs
back to market

12. October 22, 2010, Plaintiff files the
*Insert ¶ #* forms for registry @ THE USPTO office
Washington D.C. whereby the Date of
November 1, 2011 Plaintiff was granted re-
gistration, the strong distive mark name
"Culinary Couture" with goods and services
IC 030. US 046  Registration #4048024
    [See exhibits: "D-1" thru "D-4"]


13. October 9, 2012 through September 2015,
*Insert ¶ #* Plaintif took ill to Cancer. Said plaintiff
between Hospitization, chemo treatments and
Home recovery Plaintiff aquired the
above Lines 2-9 this page #11 , and began
the important work of creating a business
for creating product and distributing goods
were out ot the question Doctors Orders


14 Plaintiff in good faith left this
*Insert ¶ #* exhibit blank for the documents are
in the Hundreds. I, ERVL A. Spencer upon
Courts orders am prepared to relinquish
all documents pertaining to this statement.
If the judge or jury should warrent it.
[see exhibit E]

15. Early 2014 while plaintiff was engaging on his social media platforms, said plaintiff discovered another gaining influence utilizing plaintiff's name and mark, on Facebook, Pinterest, twitter and bloglovin. Plaintiff researched the IP. www.culinarycoutureblog.com.

Insert ¶ #

16. March 26, 2014 - Plaintiff emails, said defendant utilizing an alias on personal emal inquiring to purchase products from the blogger - ms merier k, who engages in persaunt validating suspecions of infringement by Plaintiff. [see exhibit] "F-1" - "F-2"

Insert ¶ #

17. April 3, 2014, plaintiff reveals his identity and his Authorty of his mark requesting defendant to "cease and disist" Utilizing his name. [see exhibit "G-1, G-2"] Defendant abandoned the communication all together.

Insert ¶ #

18. July - August 2016: plaintiff begins
*Insert ¶ #*
an intensive search on all social media
platforms and his Intellectual property
including his civil rights and begins
contacting these platforms filing on
their help pages notifying them of
the infringers and diluters infringing
on my mark. Culinary Couture blog
was at the top of google, so said
plaintiff began with her
*Insert ¶ #*
[see exhibit "H-1", "H-2", printed 8-27-2016]

19. August 8, 2016: Plaintiff receives an
*Insert ¶ #*
email from the defendant explaining one of her
social sites was shut down by Culinary Couture,
addmitted she was infringing on my
name statiting "If I had emailed her
she would have changed the name"
[see exhibit "I"].

20. Statement of fact, defendant on her
Insert ¶ #
domain page claims she began the name
"Culinary Couture" the year 2008 [see exhibit: I-]
when infact there is no record of that
name submitted in the State of New Jersey
Business Portal for businesses in that State
[see exhibit: I-1a, "I-1b, "I-1c, "I-1d"]

21. Fact, according to records the defendant
Insert ¶ #
registered the name via "IP address"
www.culinarycoutureblog.com December 1,
2012 [see exhibit: I-1e, "I-1f, "I-1g, "I-1h, "I-1i]
2 years after Plaintiff was rewarded the
Mark, 10 years after 1ST DBA, and 9 years
after the inception of domain IP address

22. Persaunt from Line 20 26 pg # 13
Insert ¶ #
Plaintiff replied to the defendants request
stated in exhibit "I"   Plaintiff reminded
her of their past contact and the cease
and disist notification of Trademark in-
fringement plus her abonment.  Plaintiff
in good grace gave the defendant a1 time
viable statues to settle this unlawful

**23.** Criminal offence peacefully without Litigation
*Insert ¶ #*
1. Cease and disist utilizing the name on all Social Media Platforms.
2. Transfer the domain name to plaintiffs domain registry
3. Dismiss all content...
4. Remain private in regards to this issue.
5. Find an authentic name to display + sell her goods. [see exhibit "J-1", J-2", J-3]. Defendant dismissed the offer all together claiming
*Insert ¶ #*
her Patient attorney friend would be contacting plaintiff moving forward. [see exhibit "K"].

**24.** August 26, 2016: Plaintiff receives an
*Insert ¶ #*
email from said defendants friend the Patent attorney mr Ayan Aridi, claiming the defendant maintains "common law rights to my Registered name where she branded her products Locally [see exhibit "L"]. The defendant would abandon the name for a fee of $20,000 providing she gain more

*Page Number*

15.

25. time to redirect her users etc.
*Insert ¶ #*
Plaintiff finds this jesture propasterous being that the current value of domain "www.culinarycoutureblog.com" currently is $4,059 - [see exhibit: "L-1"]. MR. Ayan Afridi continues a "lean on Intimadation" in exhibit "L" exclaiming the offer a fair settlement stating that bloggers have received up-wards $50.000.- to settle trademark disputes

26. August 31, 2016: Plaintiff responds in
*Insert ¶ #*
email declaiming his rights, damages, responsibilities to his properties, the potential legal fees/awards then counter offers proclaiming that if regeted, he would have to then move forward a motion in federal court [see exhibits: "M", "M-1"] in exorcising his legal rights

27. September 1, 2016: said Attorney, MR.
*Insert ¶ #*
                     responds
Ayan Afridis, statiting they are willing to work with plantiff providing he agrees to their terms. Again MR Afridis intimadation tatics, seem disinchanting and contrary to plaintiff's research [see exhibit: "N"]. Plaintiff is proceeding "Pro-Se."

1
2
3

## V. <u>CAUSES OF ACTION</u>

4
5
6
7
8

### <u>FIRST CAUSE OF ACTION</u>

(Trademark Infringement Under Lanham Act)
Act 45(1)a.
*insert title of cause of action*

**(As against Defendant(s):** Ms. Meriem Kovar
www.culinarycoutureblog.com                )

9
10

<u>28.</u> Plaintiff's repeat and hereby incorpor-
*Insert ¶ #*

11   ate herein, the allegations of paragraphs

12   1 through 27.

13
14
15
16

<u>29.</u> Defendants deliberate and illegal
*Insert ¶ #*

17   use of plaintiff's Trademark, abandoment

18   to cease and disist, willfully continuing

19   infringement causing damage to Trade

20   name in public acts of confusion delusion

21
22
23

<u>30.</u> By reason of forgoing acts defendant
*Insert ¶ #*

24   is liable to Plaintiff for Trademark infringe-

25   ment under 15 U.S.C. § 1114. And under Section

26   32, defendant shall be liable for violations

27   in a civil action by the registrant[10] Also to

28   sue under Section 32(1) are the registrants
"legal representatives, predecessors and assigns"[10.1]

Pro Se Clinic Form                    *Page Number*

17.

1

2

| **SECOND CAUSE OF ACTION** |
| ( Unfair Competition under Lanham Act § 43 ) |
| *insert title of cause of action* |
| **(As against Defendant(s):** Ms. Meriem Kovar |
| www. culinary couture blog. com ) |

6

7   31. Plantiff's repeat and here by incorpor-
    *Insert ¶ #*

8   ate here in, the allegations of Paragraphs

9   1 through 27

10

11

12

13   32. Defendants use of Plaintiff's mark
    *Insert ¶ #*

14   to promote, market and sell it's products

15   services in direct competition with

16   Culinary Couture ® constitutes Unfair Com-

17   petition pursuant to 15 U.S.C. § 1125(a).

18

19   33. Defendants use of Culinary Couture ® is
    *Insert ¶ #*

20   Likely to cause confusion, mistake and deception

21   among consumers. IRReparable damage for How

22   to gain all the time Utilized infringement

23   by the consumer market. The purpose is

24   at heart of the Lanham Act's definition

25   of trademark: "To disguish on manufactures

26   or merchants product from anothers."

27

28

**THIRD CAUSE OF ACTION**

( "Likely hood of Confusion" Lanham Act)
15 U.S.C. § 1114(1) *insert title of cause of action*

**(As against Defendant(s):** Ms. Meriem Kovar
www. Culinary Coutureblog. com )

34. Plaintiff's repeat and hereby incorporate
*Insert ¶ #*
herein, the allegations of paragraphs
1 through 27.

35. Wherefore plaintiff is suing for "Likely-
*Insert ¶ #*
hood of Confusion for it is the central in-
quiry in this trademark infringement case under
the Lanham act or common law.

36. Section 32(1) of Lanham act, 15 U.S.C § 1114(1) gov-
*Insert ¶ #*
erns lawsuits for the infringement of a Federally
registered Trademark. "A defidant is Liable for
infringement if, without consent of registrant, she
uses in commerce any reproduction, counter-
feit, copy or colorable imitation of Registered
Mark which is Likely to cause confusion or
to cause mistake or to deceive." ²
Confusion of any Kind includes "initial in-
terests" confusion and "post sale" Confusion.

Pro Se Clinic Form                    *Page Number*

19.

| | |
|---|---|
| 1 | **FOURTH CAUSE OF ACTION** |
| 2 | (Injunction against further infringement )|
| 3 | and relief.  *insert title of cause of action* |
| | **(As against Defendant(s):** Ms. Meriem Kouar |
| 4 | www.culinarycoutureblog.com ) |
| 5 | |

6

7    37. Plaintiff's repeat and hereby in-
     *Insert ¶ #*
8    corporate herein, the allegations of

9    paragraphs 1 through 27.

10

11

12

13    38. In lue of infringement under Section
      *Insert ¶ #*
14
15    Section 43(d)(1)(c), Plaintif is suing Def-

16    endant against further injunction of in-

17    fringement. And 15 U.S.C. 1125(43) False designat-

18    ions of origin, false descriptions, and dilution for-

19    bidden.

20    39. § 1117 said plaintiff is suing for relief violations
      *Insert ¶ #*
21    of rights (b) treble damages for use of mark, (D)

22    Statutory Damages for Violation of Section 1125

23    (D)(1). Plaintiff elects to recover, instead of

24    actual damages and Profits an award of

25    Statutory damages as relief.

26

27

28

1
2

## VI. REQUEST FOR RELIEF

3

4    WHEREFORE, the Plaintiff requests:

5

6    40. An immediate release of domain-
Insert ¶ #
7    name www.culinarycoutureblog.com to be
8    transferd to said Plaintiff's account @
9    www.Godaddy.com
10

11   41. An absolute shutdown of All
Insert ¶ #
12   social media platform's and a complete
13   recall or destruction of infringing goods
14   or even seizure of infringing merchandise
15   and website.
16
17   42. Recovery for violation of rights of
Insert ¶ #
18   section 1125(D)(i) the award amount of
19   said value, by defendant and said Attorney
20   on page #15 ( ¶ 24- line 27, Exhibit "L")
21   in the amount of $20,000.00 plus $400.00
22   to reimburse the Judicious court for
23   waiving the fee to said plaintiff.
Insert ¶ #
24
25
26
27
28

Pro Se Clinic Form                    *Page Number*

21.

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

*Exhibit #:*
*82-0578503*

ALBANY, NY   12231-0001

FILING   RECEIPT

================================================================

.TITY NAME : PRECIPICE PRODUCTIONS INC.

DOCUMENT TYPE : ASSUMED NAME CERTIFICATE

SERVICE COMPANY  :    +++  NO SERVICE COMPANY  +++        CODE:

================================================================

FILED: 12/04/2002        CASH#: 100125        FILM#: C324613-2

PRINCIPAL LOCATION
------------------

35 ST NICHOLAS TERRACE

NEW YORK
NY    10027-2847

*Exhibit - "A"*

COMMENT:

ASSUMED NAME
------------
CULINARY COUTURE

================================================================

| FILER | * FEES  : | 125.00 | PAYMENTS:  125.00 |
|-------|-----------|--------|-------------------|
|       | * ----    |        | --------          |
|       | * FILING : | 25.00 | CASH   : |
|       | * COUNTY : | 100.00 | CHECK  :00125.00 |
|       | * COPIES : | 0.00 | C CARD : |
|       | * MISC   : |  |  |
| ERIC SPENCER | * HANDLE : | .00 |  |
| 5 ST NICHOLAS TERRACE | * |  | REFUND: |
| .JITE 7 | * |  | ------ |
| NEW YORK        NY 10027-2847* |  |  |  |

================================================================

DO3HD104                          DOS-281 (8/98)

22

*(handwritten: Review of Domains 2003 - 2014)*

*(handwritten, circled: Exhibit "B")*

| Domain Name | Account Name | Create Date | Expire Date | AutoRenew Enabled | | DNS1 | DNS2 | DNS3 |
|---|---|---|---|---|---|---|---|---|
| culinarycouture.biz | culinarycouture | 6/9/2013 | 6/8/2014 | No | Locked | | ns2.ipower.com | ns1.ipower.c |
| culinarycouture.com | culinarycouture | 3/28/2003 | 3/28/2015 | No | Locked | | ns1.ipowerweb.net | ns1.ipowerdi |
| culinarycouture.info | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns2.ipower.com | ns1.ipower.c |
| culinarycouture.mobi | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns1.ipower.com | ns2.ipower.c |
| culinarycouture.net | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns2.ipower.com | ns1.ipower.c |
| culinarycouture.org | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns2.ipower.com | ns1.ipower.c |
| culinarycouture.us | culinarycouture | 11/6/2013 | 11/5/2014 | No | Unlocked | | ns2.ipower.com | ns1.ipower.c |
| culinarycoutureculture.com | culinarycouture | 9/17/2013 | 9/17/2014 | No | Locked | | ns1.ipower.com | ns2.ipower.c |
| culinarycouturefarms.com | culinarycouture | 3/1/2014 | 3/1/2016 | Yes | Locked | | ns2.ipower.com | ns1.ipower.c |
| culinarycouturetv.com | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns2.ipower.com | ns1.ipower.c |
| culinarycouturetv.mobi | culinarycouture | 11/20/2009 | 11/20/2014 | No | Locked | | ns1.ipower.com | ns2.ipower.c |
| culinarycouturetv.net | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns2.ipower.com | ns1.ipower.c |
| culinarycouturetv.org | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns1.ipower.com | ns2.ipower.c |
| kidsculinarycouture.com | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns2.ipower.com | ns1.ipower.c |
| kidsculinarycouture.net | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns1.ipower.com | ns2.ipower.c |
| kidsculinarycouture.org | culinarycouture | 6/9/2013 | 6/9/2014 | No | Locked | | ns2.ipower.com | ns1.ipower.c |
| livingbyfaith.info | culinarycouture | 10/4/2013 | 10/4/2014 | No | Locked | | ns2.ipower.com | ns1.ipower.c |

*(handwritten: 23)*

Address: 8452 FOUNTAIN AVE 3

City: LA    State: CA    Zip Code: 90069

20072515663

*exhibit "C-1"*

| 1 | ☑ First Filing    ☐ Renewal Filing<br>**Check one only** |
|---|---|

## FICTITIOUS BUSINESS NAME STATEMENT

**THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:** (Attach additional pages if required)

| 2 | Fictitious Business Name(s)<br>1. CULINARY COUTURE<br>2. CULINARY COUTURE.com | 3. Culinary Couture of LA, Beverly Hills, New York, Miami, Vegas<br><br>Articles of Incorporation or Organization Number *(if applicable)*<br>AI #/ON |
|---|---|---|

| 3 | Street Address, City & State of Principal Place of Business in California (P.O. Box alone not acceptable)<br>8452 FOUNTAIN AVE #3   Los Angeles   CA   90069 |
|---|---|

| 4 | Full name of Registrant / Corporation / Limited Liability Company      *(if corporation - incorporated in what state)*<br>ERIC ALLEN SPENCER<br><br>Residence Street Address (P.O. Box not accepted)  City          State          Zip Code<br>8452 FOUNTAIN AVE #3   Los Angeles   CA   90069 |
|---|---|

| 4A | Full name of Registrant / Corporation / Limited Liability Company      *(if corporation - incorporated in what state)*<br><br>Residence Street Address (P.O. Box not accepted)  City          State          Zip Code |
|---|---|

| 4B | Full name of Registrant / Corporation / Limited Liability Company      *(if corporation - incorporated in what state)*<br><br>Residence Street Address (P.O. Box not accepted)  City          State          Zip Code |
|---|---|

| 5 | This Business is<br>(check one only) | (✓) an individual<br>( ) co-partners<br>( ) an unincorporated association other than a partnership | ( ) a general partnership<br>( ) husband and wife | ( ) joint venture<br>( ) a corporation<br>( ) a limited liability company | ( ) a business trust<br>( ) a limited partnership<br>_____ Other |
|---|---|---|---|---|---|

| 6 | Have you started doing business?  If yes, insert the date on the line.<br>No ✓<br>Yes ✓   Date 12/2002 |
|---|---|

| 7 | **I declare that all information in this statement is true and correct.**<br>**(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)** |
|---|---|

| 8 | Signature of Registrant(s)<br>_[signature]_  Eric A Spencer<br>Signature   type/print name<br><br>Signature   type/print name<br><br>Signature   type/print name<br><br>Signature   type/print name | 8A | If Registrant is a CORPORATION or LLC, sign below<br><br>Corporation Name / Limited Liability Company<br><br>Signature<br><br>Title<br><br>Type or Print Name |
|---|---|---|---|

This statement was filed with the County Clerk of _____**LOS ANGELES**_____ County on date indicated by file stamp above.

**NOTICE - THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE YEARS FROM DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO THAT DATE.** The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under federal, state, or common law (See Section 14411 et seq., Business and Professions Code)

REGISTRAR - RECORDER/COUNTY CLERK
BUSINESS FILING AND REGISTRATION
P.O. BOX 53592, LOS ANGELES, CA 90053-0592
PH: (562) 462-2177

FILING FEE: $23.00 for 1 FBN and 2 registrants plus $4.00 for each additional FBN/registrant
RENEWAL FEE: $18.00 for 1 FBN and 2 registrants plus $4.00 for each additional FBN/registrant
**REFER TO THE BACK OF THE FORM FOR INSTRUCTIONS**

FORM # 76F286D-F029 (Rev. 1/06)

24

Case 2:16-cv-06725-PA-SK   Document 1   Filed 09/07/16   Page 19 of 34   Page ID #:19

20072515663

Pages: 0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

11/08/07 AT 03:55PM

| Fees: | $31.00 |
|---|---|
| Taxes: | $0.00 |
| Other: | $0.00 |
| Paid: | $31.00 |

0001362710        200711080610110        Counter

"C-2"

**TITLE(S) :** **FICTITIOUS NAME STATEMENT**



L E A D    S H E E T

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**          **Number of AIN's Shown**

E529953          **THIS FORM IS NOT TO BE DUPLICATED**

25

REGISTRAR-RECORDER/COUNTY CL.
REAL ESTATE RECORDS
P.O. BOX 53195
LOS ANGELES, CALIFORNIA 90053-0195

IMPORTANT NOTICE ON BACK

"(-3"

26.

"C -4"

"I honestly was goggling and searching to prepare for our event and while I was searching  I found the name of your company among the top luxurious chocolate brands in the world."

**Ms. Amina Alshahri** - Nayyara – Riyadh, KSA


"Great event! Shout out to Culinary Couture™ for hooking me up with the *gold-gilded coco pâté*. Never had anything like it, would definitely try this again."

**Mims** – Multi-Platinum Rapper, New York, NY.


"UN DESERT DE LUX PERFECT"

**Luxury Rich and Famous Magazine** – Romania


"Truly a delight! I will share here at Martha Stewart Living "

**Theresa Tursellino** - Vice President, Licensing, Martha Stewart Living Omnimedia, New York, NY.


"I live for Culinary Couture™! I had the *lavender-rose coco pâté*. I've never tasted chocolate like this before. It's so rich, you have to eat it slow, little by little.  I would recommend this to colleagues."

*"C-5"*

**Jay Johnson** – Celebrity Stylist, New York, NY.


"Hopefully we will be able to work with Culinary Couture, we at EXUDE are big fans.

**"Jenna Stevenson -** Marketing Coordinator, EXUDE Magazine, New York, NY.

"As a choco maniac, I adoooooored your lovely *pâté*. Me and some of my favorite pals in the office had it all and we loooooved it. Actually, there're no words to explain our pleasure but I have some photos for you!"

**Kiss:)** Burcu ISTANBUL, Turkey.


"We arrived back home to a package with your unbelievably delicious pate.  OMG!!!  It made me quickly forget the gelato I ate everyday in Italy.  Also, I must say, in addition to the exquisite flavor of your creation, the wording and sentiments evoked by your packaging bring the entire experience to a whole new joyous level.  THANK YOU!"

Kenneth Olsho – President Tins Plus, LTD.

Willow Grove Pa.

28

*C-6*

"They are delicious. Everything about them exudes quality

and class."

**Cheryl Rowley** – Principal,

Cheryl Rowley Design, Inc.

Beverly Hills, Ca.


"I brought them with me to share with a friends in D.C., and we

all loved the swag, and now I see why you use swag to describe

it, because it should be a gift in the Oscar swag bag!  Both the

pate and the crisps were the highest quality, and delicious.  And

your presentation was great, too.  Thank you."

Larry Finkel□ – Director Food & Beverage

Market □Research, Englewood, NJ.



"I shared the wonderful *coco pâté* and the *coco covered*

*almonds*. □What a hit! We all loved them! Great packaging,

too!"

□□**Suzanne Sheppard**□ – Architecture and Interior Design

Program□UCLA Extension, Department of the Arts.

Los Angeles, CA.

"It's exquisite! I was blown away by the packaging!!"

**Kristine Kotta –** Producer, New York, NY.


"The 'wow factor' Culinary Couture™'s *coco pâté*! A must for 'swag bags'; a fabulous dinner gift for a host or hostess. Don't forget *yourself* for this taste sensation!"
**Steve Sellery** - Vice-President International Sales & Marketing, Robert Crowder and Co.
Los Angeles, Ca.


"I am just blown away: the packaging, the presentation, *and then on top of it,* you open it up and there is a little knife inside. This type of marketing just gets me!

**Elisa Leone -** Principal, Western Skies Designs

Los Angeles, Ca.


"I LOVE the almonds, not too sweet with intense cocoa and the serving tongs a pleasant surprise." **Marva Martindale** - Principal, Cre8tive Input. Los Angeles, Ca.

"The *coco pâté* was awesome!!!!"

**Mike Crump** - Dallas,Texas.


"Sue and Rosenbaum loved the *coco pâté.*"

**Rosenbaum Hospitality**, Boca Raton, FL.


CONFIDENTIALITY NOTICE:  This site, any attachments and verbiage are a US Trademark  of CULINARY COUTURE™.  The information contained in this site is confidential and may constitute inside or non-public information under federal or state securities laws. Unauthorized printing, copying, distribution, or use of such information is strictly prohibited and may be unlawful.



# CULINARY COUTURE
## UN DESERT DE LUX PERFECT



CULINARY COUTURE

CU TOTII NE DORIM SĂ GĂSIM SUB BRADUL DE CRĂCIUN CUTII MARI, PLINE CU CA-
DOURI MINUNATE, STRĂLUCITOARE, LA CARE AM VISAT UN AN ÎNTREG, ÎNSĂ TREBUIE SĂ
RECUNOAȘTEM CĂ NICI OSĂRBĂTOARE NU AR FI COMPLETĂ FĂRĂ DULCIURILE DE RIGOARE.
ANUL ACESTA, RENUNȚĂ LA OBIȘNUITELE DELICII ȘI ALEGE SĂ SAVIREZI O CIOCOLATĂ
NEAGRĂ PREPARATĂ DUPĂ REȚETE TRADIȚIONALE, CE ALCĂTUIEȘTE UN DESERT BOGAT ÎN
AROME, CU TOPPING-URI DELICIOASE ȘI UN AMBALAJ RAFINAT

**LUXURY**



CULINARY COUTURE





Culinary Couture a apărut din dorința de a crea un brand cu o diversitate reglabilă de arome cu un aspect rafinat, capabil să îmbunătățească a pe cel mai dificil gurmand.

Una dintre cele mai delicioase și bine cotate savori este reprezentată de Coco Noir, o colecție de texturi ce se topesc în gură. Bazată în urma un îndelgir ic de curea, Coco Pâté portmoniul de lux al colecției ce poartă semnătura Culinary Couture este un desert unic și plin de farmece, robust prin textură, ce accentuează ceremicul complex și beneficiile pentru sănătate ale bodaheer de cacao fiecare preparat fiind îmbrăt in topping-un exotică îmbietoare.

Cacaua neagră este recunoscută pentru beneficiile sale într-o dietă echilibrată și sănătoasă. Cu aromele bogate și delicioase colecția Coco Noir rămâne fidelă caracteristicilor naturale ale boabelor de cacao. Prin folosirea unei cantități mult mai mici de zahăr și glazuri, Coco Pâté-ul e neglabile îmbrățisate în cacao reprezintă o alternativă mai gustoasă și sănătoasă la ciocolatele bomboane de ciocolată comerciale care conțin mult prea mult zahăr. Cu un ambalaj o desert savurate și rafinament 100% reciclabil, orice desert Culinary Couture reprezintă cadoul perfect nu numai pentru sărbătorile de iarnă și pentru orice eveniment aparut de-a lungul anului, ce poate fi oferit cu drag persoanelor importante din viața noastră.

Aromele inedite și exotice conferă un echilibru încântător ciocolatei amare, iar fiecare desert Pâté vine acompaniat de un cuțit creat special pentru acest gen de delicii culinar precum și de topping-uri adiționale pentru decorare.



"L-12"



Robin Spurs [robin@robinspurs.com]
Sent: Wed 3/3/2010 8:08 AM
To: Robin Spurs.com
You forwarded this message on 3/3/2010 8:25 AM.

Home    CocoNoir line    About    Testimonials    Contact Us

# CULINARY COUTURE



Your Text here

Your Text here

Your Text here

sign in    CC Club registration    gift certificate







home    coconoir line    about    testimonials    contact us





United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

Exhibit "D-1"

TESS was last updated on Thu Aug 11 03:21:44 EDT 2016

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:        OR  Jump  to record:        **Record 4 out of 5**

| TSDR | ASSIGN Status | TTAB Status |  ( Use the "Back" button of the Internet Browser to return to TESS)

# CULINARY COUTURE

| | |
|---|---|
| **Word Mark** | **CULINARY COUTURE** |
| **Goods and Services** | IC 030. US 046. G & S: Candies; Candy with cocoa; Chocolate covered nuts; Chocolates and chocolate based ready to eat candies and snacks; Chocolates containing nutrients; Cocoa spreads; Confectioneries, namely, snack foods, namely, chocolate; Confectionery made of sugar; Fondants; Food package combinations consisting primarily of bread, crackers and/or cookies; Gift baskets containing candy; Peppermint for confectionery; Snack foods, namely, chocolate-based snack foods; Spread containing chocolate and nuts. FIRST USE: 20021204. FIRST USE IN COMMERCE: 20021204 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85159625 |
| **Filing Date** | October 22, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 16, 2011 |
| **Registration Number** | 4048024 |
| **Registration Date** | November 1, 2011 |
| **Owner** | (REGISTRANT) Spencer, Eric A. DBA CULINARY COUTURE INDIVIDUAL UNITED STATES 7871 Denivelle Rd. |

Sunland CALIFORNIA 91040

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CULINARY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

*See Page E3*

*Culinary Couture*

*"D - Z"*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   Top   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

rk USPTO-generated image for standard characters):

# CULINARY COUTURE

"D-3"

Exhibit B

7/19/16 6:47 PM