| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED |
|---|---|
| ERIC A. Spencer<br>7871 Denivelle Rd.<br>Sunland, CA. 91040<br>310.596.9548 | 2016 SEP -7 PM 2:01<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY: _____ |
| ATTORNEY(S) FOR: Pro Per | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Eric A. Spencer<br>Culinary Couture ®<br>Plaintiff(s),<br>v.<br>Meriem Kouar<br>culinary couture blog.<br>Defendant(s) | CASE NUMBER:<br>LA CV16 06725-PA-SKx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Eric A Spencer
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Eric A. Spencer | |
| Ms. Meriem Kouar<br>25 Stemler Drive<br>Clifford New Jersey<br>07721 | |

September 7, 2016               /s/ Eric A Spencer
Date                             Signature

Attorney of record for (or name of party appearing in pro per):

_____

CV-30 (05/13)               NOTICE OF INTERESTED PARTIES

6.