# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Eric A. Spencer | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 16-06725 PA(SKx) |
| Meriem Kouar | ORDER RE REQUEST TO PROCEED IN FORMA PAUPERIS |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____    _____
Date                                            United States Magistrate Judge

IT IS RECOMMENDED that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

- [x] Inadequate showing of indigency
- [ ] District Court lacks jurisdiction
- [ ] Legally and/or factually patently frivolous
- [ ] Immunity as to _____
- [ ] Other: _____

Comments:

9-8-2016
Date                                            United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that:
  - [x] Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed without prejudice
  - [ ] This case is hereby DISMISSED immediately.
  - [ ] This case is hereby REMANDED to state court.

September 13, 2016
Date                                            United States District Judge