# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Eric A. Spencer | CASE NUMBER: |
| --- | --- |
|  | 2:16-cv-06725-PA-SK |
| PLAINTIFF(S), v. | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY: |
| Meriem Kovar | ☑ FULL FILING FEE |
| DEFENDANT(S). | ☐ INITIAL PARTIAL FILING FEE |

On  09/13/2016 , ~~plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but~~ plaintiff was ordered to pay the ☑ full filing fee ☐ initial partial filing fee, in the amount of $ 400.00 within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☑ full filing fee or ☐ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

11/28/2016  
Date

STEVE KIM  
United States Magistrate Judge