JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric A. Spencer,<br><br>           Plaintiff,<br><br>    v.<br><br>Meriem Kovar,<br><br>           Defendant. | CASE NO. CV 16-06725 PA(SKx)<br><br>**JUDGMENT**<br>**(FAILURE TO PAY FILING FEE)** |

    IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

DATED: December 26, 2016

_____
Honorable Percy Anderson
U.S. DISTRICT JUDGE